[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-17037
Non-Argument Calendar
_____

D.C. Docket No. 2:15-cr-00283-LSC-HGD-23

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LENA KENYA IRVINE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(July 12, 2017)

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

L. Dale Jones, appointed counsel for Lena Kenya Irvine in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Irvine's conviction and sentence are **AFFIRMED**.